## (February 11, 1974)

■ DOROTHY BLANCO et al., Appellants, v. RKO THEATRES, INC., Doing Business as RKO GREENPOINT, Respondent.— Order of the Supreme Court, Kings County, dated May 11, 1973, affirmed, without costs. No opinion. The notice of appeal, dated June 4, 1973, is hereby amended to show that the appeal is from the order dated May 11, 1973, instead of a default judgment of said court entered October 30, 1972. The notice of appeal as amended has been treated as valid (CPLR 5520, subd. [c]). Gulotta, P. J., Hopkins, Latham and Brennan, JJ., concur.

■ MARGARET BRUNO et al., Appellants, v. CITY OF NEW YORK, Defendant and Third-Party Plaintiff; JAMAICA WATER SUPPLY COMPANY, Third-Party Defendant and Fourth-Party Plaintiff-Respondent, and SAMUEL GALLUCCI & SONS, INC., Fourth-Party Defendant-Respondent.— In a negligence action to recover damages for personal injuries, etc., plaintiffs appeal from a judgment of the Supreme Court, Queens County, entered September 14, 1971, which dismissed the complaint, the third-party complaint and the fourth-party complaint, upon the trial court's decision at the close of a jury trial. Judgment reversed, on the law, and new trial granted as to all the parties, with costs to appellants to abide the event. The appeal did not present questions of fact. There were issues of fact as to contributory negligence to be decided by the jury. The complaint should not have been dismissed as a matter of law. Gulotta, P. J., Hopkins, Martuscello, Shapiro and Munder, JJ., concur.